[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14978
Non-Argument Calendar
_____

D.C. Docket No. 5:11-cr-00042-RS-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MEREDITH LELANN KING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 30, 2013)

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Meredith Lelann King in this

direct criminal appeal, has moved to withdraw from further representation of Ms.

King and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct.

1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ms. King's conviction and sentence are **AFFIRMED**.